**Eastern District of Kentucky**
**F I L E D**

JUN 1 2 2017

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**In Re: Criminal Actions**

## STANDING REFERRAL ORDER

\*\*\* \*\*\* \*\*\* \*\*\*

Pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Criminal Procedure 59, the Court designates the United States Magistrate Judge for this Division and docket and to whom this case is assigned to perform the following duties, unless altered by subsequent order;

1.      In accordance with the standards and procedures established by Rule 59(a), the Magistrate Judge may determine any pretrial matter that does not dispose of a charge or defense; and,

2.      In accordance with the standards and procedures established by Rule 59(b), the Magistrate Judge may make a recommended disposition concerning any pretrial matter that disposes of a charge or defense, including but not limited to any motion specifically listed in Rule 59(b).

The Court excepts from this referral, and retains for initial decision, any motions in limine.

This 12th day of June, 2017.



**Signed By:**
**_David L. Bunning_** *DB*
**United States District Judge**

K:\DATA\ORDERS\Covington Criminal\standing referral order.wpd